## Herron *v.* Duquesne Borough (No. 2).

OPINION BY BEAVER, J., October 7, 1907 :

The facts in this case are similar to those in No. 172 of April Term, 1907, between the same parties, in which an opinion has this day been filed, ante, p. 231. The cases were tried together and two separate verdicts rendered. The cases were also argued here together, the assignments of error being the same.

For the reasons stated in the previous case, the judgment in this one is affirmed.